**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0001020**
**29-OCT-2012**
**11:57 AM**

NO. CAAP-11-0001020

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD DANCIL, an individual,
Plaintiff-Appellant,
v.
ALAN ARAKAWA, AS MAYOR OF COUNTY OF MAUI;
OFFICE OF ECONOMIC DEVELOPMENT, COUNTY OF MAUI;
DEPARTMENT OF PLANNING, COUNTY OF MAUI;
LAHAINA TOWN ACTION COMMITTEE;
JOHN DOES 1-50; JANE DOES 1-50;
DOE CORPORATIONS, PARTNERSHIPS,
GOVERNMENTAL ENTITIES 1-50,
Defendants-Appellees,
and
NA MAKUA O'MAUI,
Plaintiff-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0788)

ORDER DENYING PLAINTIFF-APPELLANT'S MOTION
(By:  Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of "Plaintiff-Appellant Richard Dancil's Motion For A Stay of Maui County and Lahaina Town Action Committee's Sponsored Halloween Event in Historic Town District of Lahaina Pending Appeal in Above Entitled Case Pursuant to HRAP Rule 27 and HRCP Rule 65" filed October 24, 2012, the memorandum

in support of the motion, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:   Honolulu, Hawaii, October 29, 2012.

Chief Judge

Associate Judge

Associate Judge